UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20504-CIV-DAMIAN/D'Angelo

**NALEXUS SHIELDS**, *on behalf of herself and all others similarly situated*,

    Plaintiffs,

v.

**ADTALEM GLOBAL EDUCATION, INC**, *et al.*,

    Defendants.

_____/

### ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*, CONSENTS TO DESIGNATION, AND REQUESTS TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING [ECF NOS. 10, 11, 12, 13, 14]

**THIS CAUSE** is before the Court on counsel for Defendants, Adtalem Global Education, Inc. and Adtalem Global Health, Inc.'s (collectively, "Defendants"), Motions to Appear *Pro Hac Vice*, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Caitlin E. Dahl [ECF No. 10], Delia Tasky [ECF No. 11], Eric R. Swibel [ECF No. 12], Sean M. Berkowitz [ECF No. 13], and Shelby L. Dedo [ECF No. 14] (collectively, "Motions"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

THE COURT has considered the Motions and the pertinent portions of the record and, being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motions **[ECF Nos. 10, 11, 12, 13, 14]** are **GRANTED**. It is further

**ORDERED** that Caitlin E. Dahl, Delia Tasky, Eric R. Swibel, Sean M. Berkowitz, and Shelby L. Dedo may appear and participate in this action on behalf of Defendants. The Clerk shall provide electronic notification of all electronic filings to Caitlin E. Dahl at caitlin.dahl@lw.com, to Delia Tasky at delia.tasky@lw.com, to Eric R. Swibel at eric.swibel@lw.com, to Sean M. Berkowitz at sean.berkowitz@lw.com, and to Shelby L. Dedo at shelby.dedo@lw.com.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 3rd day of March, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record