IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 1:26-cv-20504-MD

NALEXUS SHIELDS,

       Plaintiff,

v.

ADTALEM GLOBAL EDUCATION INC.
and ADTALEM GLOBAL HEALTH INC.
d/b/a AMERICAN UNIVERSITY OF THE
CARIBBEAN SCHOOL OF MEDICINE,

       Defendants.
_____/

## JOINT SCHEDULING REPORT

Pursuant to Rule 16.1(b)(2) of the Local Rules for the Southern District of Florida, the undersigned counsel for Plaintiff Nalexus Shields, on behalf of herself and all others similarly situated, and Defendants Covista Inc. and Covista Global Health, Inc., d/b/a American University of the Caribbean School of Medicine, hereby file this Joint Scheduling Report, and state as follows:

**Rule 16.1 Conference Information**

Recommended Case Management Track – Complex

**A. Likelihood of Settlement**

The potential for resolving this matter through settlement is unknown at this time. The Parties have agreed to attend and participate in good faith in any mediation conference mandated by the Court.

### B.  Additional Parties

Since discovery has not yet commenced, it is unknown at this time whether additional parties will be named or appear in this action.

### C.  Proposed Limits on Time

The Parties propose a complex track with deadlines as set forth in Exhibit 1 to this Joint Scheduling Report.

### D.  Formulation and Simplification of Issues

The Parties will work together to attempt to simplify the issues to be tried to the greatest extent possible.

### E.  Necessity of Amendment to the Pleadings

The amendment of the pleadings is not yet known at this time, although the amendment of the complaint by interlineation under Rule 15(a)(2) is anticipated because Defendant Adtalem Global Education, Inc., is now known as Covista Inc.,[1] and Defendant Adtalem Global Health Inc. is now known as Covista Global Health Inc.[2]

### F.  Admissions of Fact and Documents/Stipulation Regarding Authenticity of Documents and Advance Filings

The possibility of the Parties agreeing to factual admissions is unknown at this time, although the Parties will endeavor to provide admissions of fact and stipulations regarding the authenticity of documents and other issues prior to trial.

### G.  Suggestions for Avoidance of Unnecessary Proof and of Cumulative Evidence

The Parties will work together to avoid unnecessary proof and cumulative evidence.

---

[1] On February 5, 2026, Adtalem Global Education Inc. announced that it has changed its name to "Covista." *See* Covista Inc., Form 8-K (filed Feb. 5, 2026), https://www.sec.gov/Archives/edgar/data/730464/000110465926011611/atge-20260205x8k.htm.

[2] On February 18, 2026, Adtalem Global Health, Inc. filed a certificate of amendment to change its name to "Covista Global Health, Inc." *See* New York Department of State Division of Corporations, Covista Global Health Inc. Name History (last visited Feb. 18, 2026), https://apps.dos.ny.gov/publicInquiry/NameHistory.

### H.  Referral of Matters to U.S. Magistrate

The Parties do not presently consent to trial before a U.S. Magistrate. The Parties agree that discovery matters may be referred to a U.S. Magistrate, as this Court deems appropriate subject to the parties' rights to appeal any such decision to the presiding District Court Judge pursuant to Fed. R. Civ. P. 72.

### I.  Estimated Time for Trial

The Parties estimate at this time that it will take approximately 10 days to try this matter.

### J.  Requested Dates for Conference

The Parties request a date on December 15, 2027, for a pre-trial conference.

### K.  Disclosures and Discovery/Claims of Privilege/ESI Checklist

The Parties will exchange initial disclosures as required by Fed. R. Civ. P. 26(a) and do not request any changes to the timing, form, or requirement for disclosure under Rule 26(a). At this time, the Parties agree that, unless otherwise delineated, discovery need not be conducted in phases (although class certification discovery will conclude prior to merits discovery), or be limited to particular issues. Defendants intend to submit a written motion to stay discovery pending resolution of its forthcoming motion to dismiss the complaint. The motion to stay discovery will be submitted concurrently with the motion to dismiss. Plaintiff intends to oppose Defendants' motion to stay discovery.

The Parties will work together to agree on a procedure to assert any claims of privilege or protection as work product to the greatest extent possible. The Parties anticipate developing a Discovery Protective Order and an ESI Protocol and will also work together to agree as to the preservation and form in which ESI is to be produced in this case.

**L. Other Information**

There is no other information which the Court should be apprised of at this time.

Dated: March 4, 2026.

Respectfully submitted,

BUCKNER + MILES
2020 Salzedo Street, Ste. 302
Coral Gables, Florida 33134
Tel.: (305) 964-8003
Fax: (786) 523-0585

*/s/ Seth Miles*
Seth Miles, Esq.
Fla. Bar No. 385530
Email: seth@bucknermiles.com
David M. Buckner, Esq.
Fla. Bar No. 60550
Email: david@bucknermiles.com
Brett E. von Borke, Esq.
Fla. Bar No. 0044802
Email: vonborke@bucknermiles.com
Jonathan E. Kobrinski, Esq.
Fla. Bar. No. 1029210
Email: jkobrinski@bucknermiles.com

*Counsel for Plaintiff and the*
*Proposed Class*

LASH GOLDBERG FINEBERG LLP
Miami Tower, Suite 1200
100 S.E. 2nd Street
Miami, FL 33131
Telephone: (305) 347-4040
Fax: (305) 347-4050

*/s/ Martin B. Goldberg*
Martin B. Goldberg, Esq.
Florida Bar No. 827029
Primary: mgoldberg@lashgoldberg.com
Secondary: rdiaz@lashgoldberg.com
Lynnette Cortes Mhatre
Florida Bar No. 1052015
Primary: lmhatre@lashgoldberg.com
Secondary: obencomo@lashgoldberg.com

LATHAM & WATKINS LLP
Sean M. Berkowitz *(pro hac vice)*
Eric R. Swibel *(pro hac vice)*
Caitlin E. Dahl *(pro hac vice)*
Shelby L. Dedo *(pro hac vice)*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
sean.berkowitz@lw.com
eric.swibel@lw.com
caitlin.dahl@lw.com
shelby.dedo@lw.com

Delia Tasky *(pro hac vice)*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: 202-637-2200
delia.tasky@lw.com

*Attorneys for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on March 4, 2026, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.

/s/ Seth Miles
Seth Miles, Esq., FBN 385530
seth@bucknermiles.com