UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20504-CIV-DAMIAN/D'Angelo

**NALEXUS SHIELDS**, *on behalf of herself*
*and all others similarly situated*,

       Plaintiffs,

v.

**ADTALEM GLOBAL EDUCATION, INC**, *et al.*,

       Defendants.

_____/

**ORDER DIRECTING PARTIES
TO FILE PROPOSED ORDER SCHEDULING MEDIATION**

**THIS CAUSE** came before the Court *sua sponte*.

On April 27, 2026, this Court entered a Scheduling Order [ECF No. 29], requiring the parties to submit, by May 15, 2026, a proposed order setting out a time and place for the parties' mediation. *See id.* at 1-2. To date, the parties have failed to file a proposed order scheduling mediation as required by the Order[1] or to request an extension of time within which to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **May 22, 2026**, the parties shall submit a proposed order scheduling mediation. The parties are reminded that, in addition to

---

[1] The parties filed a Joint Notice of Mediator Selection on May 15, 2026. [ECF No. 35]. The Joint Notice does not provide a date and time of the proposed mediation, as required under the Scheduling Order. *See* ECF No. 29 at 1. Half-compliance is not sufficient.

filing the proposed order on the Court's docket, the proposed order must be emailed in Word format to damian@flsd.uscourts.gov as outlined in the CM/ECF Administrative Procedures.

This Court may impose sanctions for failure to comply with this Order.

**DONE AND ORDERED** in Chambers at the Southern District of Florida, this 18th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

CC:          Counsel of Record

2