**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20504-CIV-DAMIAN/D'ANGELO**

NALEXUS SHIELDS, on behalf of
herself and all others similarly situated,

      Plaintiff,

v.

ADTALEM GLOBAL EDUCATION INC.
and ADTALEM GLOBAL HEALTH, INC.
d/b/a AMERICAN UNIVERSITY OF THE
CARIBBEAN SCHOOL OF MEDICINE,

      Defendants.

_____/

## ORDER DENYING MOTION TO COMPEL

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel Discovery filed on June 4, 2026 (DE 41).[1] Defendants filed their response in opposition on June 9, 2026 (DE 42). The Court held a hearing on the Motion on July 7, 2026, at which it heard the arguments of the Parties. Having considered the Parties' arguments, the relevant legal authorities, and the pertinent portions of the record, and being otherwise fully advised on the premises, for the reasons stated herein and further detailed on the record at the July 7, 2026 hearing, it is hereby **ORDERED and ADJUDGED** that:

1. Plaintiff's Motion to Compel (DE 41) is **DENIED AS MOOT** in light of the Parties' agreement reached at the July 7, 2026 hearing that Plaintiff's counsel would amend his requests for production as follows:

    a. Request for Production 41 should read as follows: "Any document and

---

[1] This case was referred to the undersigned Magistrate Judge for all pretrial discovery matters (DE 29).

communications relating to any application for or AUC response thereto for Borrower Defense to Repayment that cite to or allege USMLE passage rates or Step 1 success, the Comp or its use at AUC, or attrition rates."

b. Request for Production 28 should read as follows: "All documents concerning recruiter compensation, incentives, performance metrics, quotas, or policies of evaluations tied to enrollments or starts." By this amendment, the Parties intend to clarify that the qualification "tied to enrollments or starts" applies to each of the documents of the preceding list.

c. Defendants agree to produce documents responsive to these amended requests for production on a rolling basis.

The Court announced its rulings on the record at the hearing held on July 7, 2026, and thus, this Order is effective as of that date. To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the Parties as set forth on the record.

**DONE and ORDERED** in Chambers in Miami, Florida on this 13th day of July, 2026.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:      All Counsel of Record

2